26 So.2d 274

**Mrs. L. B. DODD v. STATE.**

**7 Div. 875.**

Supreme Court of Alabama.
May 9, 1946.

Rehearing Stricken June 13, 1946.

Merrill, Merrill & Vardaman, of Anniston, for petitioner.

Wm. N. McQueen, Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

FOSTER, Justice.

Petition of Mrs. L. B. Dodd for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Dodd v. State, Ala.App., 26 So.2d 273.

Writ denied.

GARDNER, C. J., and LAWSON and STAKELY, JJ., concur.